UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF WASHINGTON, <br><br> Defendant. | Case No. C22-512 TSZ <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, docket no. 2, to which no objections were filed, and the remaining record, finds and ORDERS:

(1)   The Report and Recommendation, docket no. 2, is ADOPTED.

(2)   Plaintiff's application to proceed *in forma pauperis*, docket no. 1, is DENIED.

(3)   This matter is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g) and standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982).

ORDER DISMISSING ACTION - 1

(4)     The Clerk is directed to CLOSE this action and send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 23rd day of May, 2022.

                         _____
                         Thomas S. Zilly
                         United States District Judge

ORDER DISMISSING ACTION - 2